UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

Cause No: 23-cv-03219-SRN-TNL

RECEIVED BY MAIL
FEB 07 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| PRESTON BYRON KNAPP<br><br>*Plaintiff,*<br><br>vs.<br><br>WINGS FINANCIAL CREDIT UNION<br><br>*Defendant.* | Honorable Judge Susan Richard Nelson<br>Magistrate Judge Tony. N. Leung |

## MOTION TO DISMISS

COMES NOW, PRESTON BYRON KNAPP plaintiff, by and through, Preston Byron Knapp, Pro Se, and hereby files this *Motion / Mandate to Dismiss* captioned above, in support thereof, would show this honorable court the following:

1. That plaintiff is no longer seeking remedy for this cause through this honorable court at this time, and is instead pursuing a second, larger and more comprehensive cause which shall be filed as a separate proceeding with this Court should pre-trial settlement negotiations break down.

Dated: February 5th, 2024

RESPECTFULLY SUBMITTED,

BY:   */s/ Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

### Certificate of Service

Plaintiff certifies that on February 5th, 2024, the foregoing Notice of Service of Process was mailed Certified Mail No. 7022 0410 0000 9717 7788 for filing with Clerk of this Court.

SCANNED
FEB 07 2024
U.S. DISTRICT COURT MPLS

Page 1 of 1