Knapp
c/o 2624 North Shores Lake Drive
Minnetrista, Minn. [55364]

CERTIFIED MAIL

7022 0410 0000 9717 7788

RECEIVED BY MAIL
FEB 07 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of Court
Attn: Cause No. 23-cv-03219-SRN-TNL
U.S. District Court
Diana E. Murphy U.S. Courthouse
300 South Fourth Street Suite 202
Minneapolis, MN 55415

SCANNED
FEB 07 2024
U.S. DISTRICT COURT MPLS

U.S. POSTAGE
FCM LETTER
MOUND, MN 55364
FEB 05, 2024
$0.73
R2304N117714-20

55415-226352