UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp, | Case No. 23-CV-3219 (SRN/TNL) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Wings Financial Credit Union, | |
| Defendant. | |

Preston Byron Knapp, c/o R.R. 2624 N. Saunders Lake Dr., Minnetrista, MN 55364, Pro Se Plaintiff.

Before the Court is Plaintiff Preston Byron Knapp's Motion to Dismiss [Doc. No. 4], which the Court construes as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41. At this time, Mr. Knapp is no longer seeking relief through this litigation.

Accordingly, IT IS ORDERED that Plaintiff's Motion [Doc. No. 4] is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

Dated:  February 9, 2024

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge